THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOMERSET COMMUNICATIONS GROUP, LLC, a Washington limited liability company,

Plaintiff,

vs.

WALL TO WALL ADVERTISING, INC., a Delaware corporation; DONALD E. MACCORD JR., and ANDREA MACCORD, individually and as a marital community, SHANNON DOYLE and TRACEY Z. DOYLE, individually and as a marital community; S.D. DOYLE, LTD., a Maryland corporation; and FOURPOINTS HOLDING, LLC, a Delaware limited liability company,

Defendants.

DONALD E. MACCORD JR., an individual; and SHANNON DOYLE, an individual,

Third-Party Plaintiffs,

vs.

WILLIAM MOORE, an individual,

Third-Party Defendant.

No. 2:13-cv-02084-JCC

**STIPULATION AND ORDER OF DISMISSAL OF COUNTERCLAIMS AND CROSS-CLAIMS**

**NOTED ON MOTION CALENDAR: JULY 22, 2015**

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**STIPULATION**

Defendants Wall to Wall Advertising, Inc., Donald E. MacCord, Jr. and Andrea MacCord, individually and as a marital community, Shannon Doyle and Tracey Z. Doyle, individually and as a marital community; and S.D. Doyle, Ltd. ("Defendants"), Plaintiff Somerset Communications Group, LLC ("Somerset"), and Third-Party Defendant William Moore ("Moore") (collectively, the "Parties") stipulate to the entry of the following Order of Dismissal without further notice, with prejudice, and without costs to either party.

RESPECTFULLY SUBMITTED this 22nd day of July, 2015.

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA 23528
Todd T. Williams, WSBA 45032
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
sfogg@corrcronin.com
twilliams@corrcronin.com
*Attorneys for Defendants and Third-Party Plaintiffs*

TACEY GOSS PS

*s/ C. Chip Goss*
C. Chip Goss, WSBA No. 22112
330 112th Ave NE, Suite 301
Bellevue, WA 98004
chip@taceygoss.com
*Attorneys for Plaintiff and Third-Party Defendant William Moore*



CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER OF DISMISSAL**

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised,

NOW THEREFORE, IT IS HEREBY ORDERED, that all Counterclaims filed by Wall to Wall Advertising, Inc., Donald E. MacCord and Shannon Doyle against Somerset are dismissed with prejudice and without costs to either party.

IT IS FURTHER ORDERED, that all Cross-Claims filed by Donald E. MacCord and Shannon Doyle against Third-Party Defendant William Moore are dismissed with prejudice and without costs to either party.

Dated this ______ day of ________________, 2015.

______________________________
HON. JOHN C. COUGHENOUR
United States District Judge

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA 23528
Todd T. Williams, WSBA 45032
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
sfogg@corrcronin.com
twilliams@corrcronin.com
*Attorneys for Defendants and Third-Party Plaintiffs*

TACEY GOSS PS

*s/ C. Chip Goss*
C. Chip Goss, WSBA No. 22112
330 112th Ave NE, Suite 301
Bellevue, WA 98004
chip@taceygoss.com
*Attorneys for Plaintiff and Third-Party Defendant William Moore*

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys of record for Defendants and Third-Party Plaintiffs.

2. I hereby certify that on July 22, 2015, I filed the foregoing document through the Court's ECF service which will send notification of filing to the following:

C. Chip Goss, WSBA No. 22112
TACEY GOSS PS
330 112th Ave NE, Suite 301
Bellevue, WA 98004
Email: chip@taceygoss.com

*Attorneys for Plaintiff and Third-Party Defendant William Moore*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 22nd day of July, 2015 at Seattle, Washington.

Lauren Beers

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900