THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOMERSET COMMUNICATIONS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALL TO WALL ADVERTISING, INC., *et al.*,<br><br>Defendants. | CASE NO. C13-2084-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated Motion for Dismissal of Counterclaims and Cross-Claims (Dkt. No. 81). The Court GRANTS the Motion and ORDERS that all counterclaims filed by Wall to Wall Advertising, Inc., Donald E. MacCord, and Shannon Doyle against Somerset are dismissed with prejudice and without costs to either party. The Court further ORDERS that all cross-claims filed by Donald E. MacCord and Shannon Doyle against Third-Party Defendant William Moore are dismissed with prejudice and without costs to either party.

1   DATED this 27th day of July 2015.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2