THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| SOMERSET COMMUNICATIONS GROUP, LLC, | CASE NO. C13-2084 JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| WALL TO WALL ADVERTISING, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' telephonic conference with the Court to continue the trial date and related deadlines. The parties show good cause for a continuance until January 11, 2016. (*See* Fed. R. Civ. P. 16(b)(4)). The Court hereby GRANTS the parties' request. The trial date in this matter is RE-SCHEDULED to January 11, 2016 at 9:30 a.m. The other pretrial deadlines are amended as follows:

1.) The proposed pretrial order is due on or before December 21, 2015.

2.) Trial briefs, proposed *voir dire*, and a list of agreed upon and contested proposed jury instructions are due on or before December 29, 2015.

MINUTE ORDER, C13-2084 JCC
PAGE - 1

3.)    Motions *in limine* are due on or before January 4, 2016.

3.)    No further dispositive motions or discovery will be allowed.

The parties are reminded that other trials may be set on January 11, 2016. Therefore, the Court DIRECTS counsel to confer with the Courtroom Deputy Clerk during the last week of 2015 as to the Court's schedule.

DATED this 2 day of September 2015.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk
